# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable John A. Houston)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.  10-CR-1467-JAH |
| Plaintiff, ) | ORDER FOR EXTRAORDINARY FEES |
| v. ) | [Pursuant to 18 USC §3006A(e)(1)] |
| JUAN CEBALLOS-JOSE, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby authorized and ordered that extraordinary investigator fees, not to exceed thirty hours (30) for a sum of $1,650.00 (excluding costs), over and above the time permitted under the Criminal Justice Act, are approved at this time for CJA legal services provided by private investigator Rudy Zamora (LCI Investigations and Associates) with regard to the investigation and defense of the above-entitled matter.

IT IS SO ORDERED.

DATED: December 1, 2010

_____
JOHN A. HOUSTON
United States District Judge